```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
JOVANNI CHAVEZ,                                                   :
                                                                  :
                                    Plaintiff,                    :
            -v-                                                   :
                                                                  :
CITY OF NEW YORK, et al.                                          :
                                                                  :
                                    Defendants.                   :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/11

11 Civ. 0117 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court is in receipt of the parties' letters disputing the circumstances in which the plaintiff will be permitted to view certain photographs relevant to this case. The Court is persuaded by the plaintiff's submission and the cases cited therein. The Order of December 20 (Dkt. No. 24) stands; defendant's requested relief is denied.

SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: December 23, 2011
       New York, New York