UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOVANNI CHAVEZ,

                            Plaintiff,

          -v-

OFFICER PAMPHILE et al.,

                          Defendants.
------------------------------------------------------------------X

11 Civ. 0117 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

      The Court is in receipt of the parties' joint letter, dated February 8, 2012, requesting that the Court dismiss this case with prejudice as against all defendants. That request is GRANTED. The Clerk of Court is DIRECTED to terminate this case. All pending applications are DENIED as moot and all scheduled proceedings and deadlines are adjourned without date.

      Nevertheless, the parties are directed to convene for a telephone conference tomorrow morning, February 9, 2012, at 9:30 am. At that time, counsel are directed to call the Court at 212-805-0268 with all attorneys on the line.

      SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: February 8, 2012
      New York, New York